HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00312-DAD |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| CRAIG AARON YEATES, | |
| Defendant, | |

Defendant, Craig Aaron Yeates, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Yeates submits the attached Financial Affidavit as evidence of his inability to retain counsel. On June 16, 2022, a Petition for Violation of Supervised Release was filed, and a summons has issued for Mr. Yeates initial appearance on July 5, 2022.

After reviewing his Financial Affidavit, the Federal Defender respectfully recommends this Court promptly appoint counsel, case assigned to Assistant Federal Defender Griffin Estes to facilitate his appearance.

DATED: July 1, 2022                                   /s/ Eric V. Kersten
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Branch Chief, Fresno Office

**O R D E R**

  Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel Griffin Estes pursuant to 18 U.S.C. § 3006A.

DATED: 7/1/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE