PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00312-01 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: August 10, 2022 |
| CRAIG AARON YEATES | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on August 10, 2022, at 1:00 P.M.

2. By this stipulation, the parties stipulate that the status conference may be continued to September 21, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  August 8, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  August 8, 2022 | /s/ GRIFFIN ESTES<br>GRIFFIN ESTES<br>Counsel for Defendant<br>CRAIG AARON YEATES |

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until September 21, 2022, at 2:00 PM before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **August 8, 2022**          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

2