1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00312-01 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: December 13, 2022 |
| CRAIG AARON YEATES | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on December 13, 2022, at 1:00 P.M.

2. By this stipulation, the parties stipulate that the status conference may be continued to January 11, 2023, at 2:00 PM, to allow time for Pretrial Services to obtain a copy of the defendant's death certificate. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: December 5, 2022    PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: December 5, 2022    /s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
CRAIG AARON YEATES

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until January 11, 2023, at 2:00 PM. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **December 5, 2022**

UNITED STATES MAGISTRATE JUDGE

2