PROB 35A DEATH (CAE ONLY)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date—Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )
                                  )
              v.                  )     Docket No:   0972 1:21CR00312-001
                                  )
       Craig Aaron Yeates         )
                                  )

On November 6, 2019, the above-named was sentenced to Supervised Release for a period of 5 years in the District of Montana. Supervision commenced on October 8, 2021, in the Eastern District of California.

On December 7, 2022, this officer observed a certified copy of Craig Aaron Yeates' County of Kern, Public Health Services Department, Certificate of Death. The Certificate of Death was issued on October 14, 2022, identifying his actual date of death as October 8, 2022 (copy of the notification is on file.) It is accordingly recommended this case be closed.

**Respectfully submitted,**                    **Reviewed by,**

        /s/  *J.C. Hill*

_____          _____
**J. C. Hill**                                      **Lonnie E. Stockton**
**United States Probation Officer**          **Supervising United States Probation Officer**

**Dated:**   December 8, 2022
          Bakersfield, California
          JCH

1

PROB 35A DEATH (CAE ONLY)

**Re:      Craig Aaron Yeates**
**Docket Number:      0972 1:21CR00312-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date—Notice of Death**

---

# ORDER OF COURT

It appears that Craig Aaron Yeates is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   December 11, 2022

_____
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

cc:      AUSA (NAME)—Unassigned
FLU Unit—United States Attorney's Office (victim notification and/or offender estate)
Fiscal Clerk—Clerk's Office

Rev. 01/2021
PROB35A__REPORT AND ORDER TERMINATING SUPERVISION (EARLY DEATH)